The People of the State of New York ex rel. Herbert J. Frame, Respondent, v. Emery U. Steele and Others, as the Board of Trustees of the Village of Clay-

---

* See Railroad Law (Gen. Laws, chap. 39; Laws of 1890, chap. 565), § 42a, added by Laws of 1906, chap 657.— [REP.

ton, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements.   All concurred.